COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
RENE SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GROSFELDT-SORENSON, AND JAYNE MCNICOL and NOMINAL DEFENDANT ENOCHIAN BIOSCIENCES INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL I. KOENIG, Derivatively on Behalf of ENOCHIAN BIOSCIENCES INC., <br><br>            Plaintiff, <br><br>      v. <br><br>SERHAT GUMRUKCU, RENE SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRONFELDT-SORENSON, and JAYNE MCNICOL, <br><br>            Defendants <br><br>      and <br><br>ENOCHIAN BIOSCIENCES, INC., <br><br>            Nominal Defendant. | Case No. 2:22-cv-06871-JWH-JDE <br><br>**JOINT STATUS REPORT** <br><br>Judge: Hon. John W. Holcomb |

Pursuant to the Court's January 24, 2023 Order (Dkt. 28), Plaintiff Samuel I. Koenig ("Plaintiff") and Defendants Serhat Gumrukcu, Rene Sindlev, Mark Dybul, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Gronfeldt-Sorenson, and Jayne McNicol ("Defendants," and collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby submit this Joint Status Report.

On January 24, 2023, the Court so-ordered the Parties' stipulation to stay this action (the "Stay Stipulation") pending a final ruling, including exhaustion of all appeals, on anticipated motions to dismiss in the related securities class action pending in the United States District Court for the Central District of California captioned *Chow v. Enochian Biosciences Inc., et al.*, Case No. 8:22-cv-01374-JWH-JDE (C.D. Cal.) (the "Securities Litigation"). Per the Stay Stipulation, the Parties must "notify the Court within fifteen (15) court days" of the denial of any motion to dismiss the Securities Litigation and "shall, within thirty (30) days, meet and confer and submit to the Court a proposed scheduling order governing further proceedings . . . ." (Dkt. 28).

During the pendency of the stay, defendants in the Securities Litigation filed a motion to dismiss which was subsequently briefed and argued on June 28, 2024. On June 28, 2024, the Hon. Judge John W. Holcomb of the United States District Court for the Central District of California denied the motion to dismiss the Securities Litigation. (*See* Order on Defendants' Motion to Dismiss, Dkt. 90, *Chow v. Enochian Biosciences Inc., et al*, Case No. 8:22-cv-01374-JWH-JDE (C.D. Cal.)).

In light of the Stay Stipulation and the Court's denial of the motion to dismiss the Securities Litigation, the Parties have met and conferred, and continue to meet and confer, on next steps and anticipate being in a position to submit a new stay of this action or a proposed case schedule within 90 days.

Additionally, the Parties request that the Court suspend all pending deadlines in this matter until the Parties submit the aforementioned stay or proposed case schedule.

Dated: July 22, 2024

**COOLEY LLP**

By: /s/ *Brett H. De Jarnette*
Brett H. De Jarnette
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (212) 849-7400

*Counsel for Defendants* Rene Sindlev, Mark Dybul, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grosfeldt-Sorenson, and Jayne McNicol and Nominal Defendant Enochian Biosciences Inc.

Dated: July 22, 2024

**WEISS LAW**

By: /s/ *Joel E. Elkins*
Joel E. Elkins (SBN 256020)
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

David C. Katz (pro hac vice)
Mark D. Smilow (pro hac vice)
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

*Counsel for Plaintiff* Samuel I. Koenig

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 22, 2024

**COOLEY LLP**

By: /s/ *Brett H. De Jarnette*
Brett H. De Jarnette
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (212) 849-7400

*Counsel for Defendants* Rene Sindlev, Mark Dybul, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grosfeldt-Sorenson, and Jayne McNicol and Nominal Defendant Enochian Biosciences Inc.