COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
RENE SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GROSFELDT-SORENSON, AND JAYNE MCNICOL and NOMINAL DEFENDANT ENOCHIAN BIOSCIENCES INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL I. KOENIG, Derivatively on Behalf of ENOCHIAN BIOSCIENCES INC.,<br><br>Plaintiff,<br><br>v.<br><br>SERHAT GUMRUKCU, RENE SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRONFELDT-SORENSON, and JAYNE MCNICOL,<br><br>Defendants<br><br>and<br><br>ENOCHIAN BIOSCIENCES, INC.,<br><br>Nominal Defendant. | Case No. 2:22-cv-06871-JWH-JDE<br><br>**NOTICE OF APPEARANCE OF BRETT H. DE JARNETTE**<br><br>Judge: Hon. John W. Holcomb |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brett H. De Jarnette, a member of the bar of this Court, enters his appearance in the above-captioned action as counsel for Defendants Mark Dybul, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grosfeldt-Sorenson, and Jayne McNicol and Nominal Defendant Renovaro Inc. (formerly known as Enochian Biosciences, Inc.), and respectfully requests that copies of all pleadings and other papers filed in this action, and any orders and notices from the Court, be given and served upon the undersigned at the following address and telephone number:

Brett H. De Jarnette
COOLEY LLP
103175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: bdejarnette@cooley.com

Dated:      July 22, 2024               Respectfully submitted,

                                        COOLEY LLP


                                        By: /s/ *Brett H. De Jarnette*
                                        Brett H. De Jarnette
                                        3175 Hanover Street
                                        Palo Alto, CA 94304-1130
                                        Telephone:   (650) 843-5000
                                        Facsimile:   (212) 849-7400

                                        *Counsel for Defendants* Rene Sindlev, Mark Dybul, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grosfeldt-Sorenson, and Jayne McNicol and Nominal Defendant Enochian Biosciences Inc.