1  COOLEY LLP
   PATRICK E. GIBBS (183174)
2  (pgibbs@cooley.com)
   BRETT H. DE JARNETTE (292919)
3  (bdejarnette@cooley.com)
   3175 Hanover Street
4  Palo Alto, CA 94304-1130
   Telephone:  (650) 843-5000
5  Facsimile:  (650) 849-7400

6  Attorneys for Defendants
   RENE SINDLEV, MARK DYBUL, CAROL
7  BROSGART, GREGG ALTON, JAMES
   SAPIRSTEIN, CARL SANDLER, HENRIK
8  GROSFELDT-SORENSON, AND JAYNE
   MCNICOL and NOMINAL DEFENDANT
9  ENOCHIAN BIOSCIENCES INC.

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12
   SAMUEL I. KOENIG, Derivatively on        Case No. 2:22-cv-06871-JWH-JDE
13 Behalf of ENOCHIAN BIOSCIENCES
   INC.,                                     **[PROPOSED] ORDER RE
14            Plaintiff,                      JOINT STIPULATION
                                            STAYING ACTION**
15       v.
                                            Judge:  Hon. John W. Holcomb
16 SERHAT GUMRUKCU, RENE
   SINDLEV, MARK DYBUL, CAROL
17 BROSGART, GREGG ALTON,
   JAMES SAPIRSTEIN, CARL
18 SANDLER, HENRIK GRONFELDT-
   SORENSON, and JAYNE MCNICOL,
19
              Defendants
20
         and
21
   ENOCHIAN BIOSCIENCES, INC.,
22
              Nominal Defendant.
23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1  *Upon the Joint Stipulation Staying Action* submitted by the parties to the

2  above-captioned action, and for good cause appearing, the Court hereby ORDERS

3  as follows:

4      1.    All proceedings in this Derivative Litigation, including all deadlines,

5  hearings, conferences, and Defendants' deadline to respond to the complaint, are

6  stayed for 90 days, after which the Parties shall submit a joint status report or a new

7  stay of the action.

8      IT IS SO ORDERED.

9      Dated: _____, 2024

10

11              _____

12                      Hon. John W. Holcomb
                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
Palo Alto

1

[Proposed] Order Re Joint Stipulation
to Stay Proceedings
2:22-cv-06871-JWH-JDE