COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
RENE SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GROSFELDT-SORENSON, AND JAYNE MCNICOL and NOMINAL DEFENDANT ENOCHIAN BIOSCIENCES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL I. KOENIG, Derivatively on Behalf of ENOCHIAN BIOSCIENCES INC., <br><br> Plaintiff, <br><br> v. <br><br> SERHAT GUMRUKCU, RENE SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRONFELDT-SORENSON, and JAYNE MCNICOL, <br><br> Defendants <br><br> and <br><br> ENOCHIAN BIOSCIENCES, INC., <br><br> Nominal Defendant. | Case No. 2:22-cv-06871-JWH-JDE <br><br> **NOTICE OF APPEARANCE OF JANELLE M. FERNANDES** <br><br> Judge: Hon. John W. Holcomb |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE OF APPEARANCE OF
JANELLE M. FERNANDES
2:22-CV-06871-JWH-JDE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Janelle M. Fernandes, a member of the bar of this Court, enters her appearance in the above-captioned action as counsel for Defendants Mark Dybul, René Sindlev, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grosfeldt-Sorenson, and Jayne McNicol and Nominal Defendant Renovaro Inc. (formerly known as Enochian Biosciences, Inc.), and respectfully requests that copies of all pleadings and other papers filed in this action, and any orders and notices from the Court, be given and served upon the undersigned at the following address and telephone number:

    Janelle M. Fernandes
    COOLEY LLP
    3175 Hanover Street
    Palo Alto, CA 94304-1130
    Telephone: (858) 550-6000
    Facsimile: (858) 550-6420
    Email: jfernandes@cooley.com

Dated:  January 27, 2025

Respectfully submitted,

COOLEY LLP

By: /s/ Janelle M. Fernandes

Janelle M. Fernandes
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (212) 849-7400

*Counsel for Defendants* René Sindlev, Mark Dybul, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grosfeldt-Sorenson, and Jayne McNicol and Nominal Defendant Enochian Biosciences, Inc.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

NOTICE OF APPEARANCE OF
JANELLE M. FERNANDES
2:22-CV-06871-JWH-JDE