COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
RENÉ SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GROSFELDT-SORENSON, JAYNE MCNICOL AND NOMINAL DEFENDANT ENOCHIAN BIOSCIENCES INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SAMUEL I. KOENIG, Derivatively on Behalf of ENOCHIAN BIOSCIENCES INC.,

Plaintiff,

v.

SERHAT GUMRUKCU, RENÉ SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRONFELDT-SORENSON, and JAYNE MCNICOL,

Defendants,

and

ENOCHIAN BIOSCIENCES, INC.,

Nominal Defendant.

Case No. 2:22-cv-06871-JWH-JDE

**JOINT STATUS REPORT AND STIPULATION TO VACATE STATUS CONFERENCE AND STAY ALL PROCEEDINGS**

Judge: Hon. John W. Holcomb

Pursuant to the Court's July 14, 2025 Order (ECF No. 41), Plaintiff Samuel I. Koenig ("Plaintiff"), Defendants René Sindlev, Mark Dybul, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Gronfeldt-Sorenson, and Jayne McNicol ("Defendants"), and nominal defendant Enochian Biosciences Inc. (now known as Lunai Bioworks Inc.) (collectively with Plaintiff and Defendants, the "Parties"), by and through their respective counsel, hereby submit this Joint Status Report.

On July 11, 2025, the Parties filed a Joint Status Report informing the Court that the Parties were regularly meeting and conferring on the terms of a settlement and requested that the Court continue its stay of all pending deadlines until the Parties submit an update on the status of the Parties' negotiations. (ECF No. 40.) On July 14, 2025, the Court granted the Parties' request and continued the Status Conference to October 17, 2025 at 11:00 AM. (ECF No. 41.) The Court further ordered that the Parties file a joint status report by October 3, 2025, advising the Court regarding the posture of the case. (*Id.*)

The Parties can now report that they have agreed to a settlement in principle and anticipate that they will execute a Stipulation of Settlement within the next fourteen (14) days.

The Parties agree that to conserve judicial and Party resources, all existing deadlines, except for those pertaining to settlement, should be vacated and the case should be stayed until further order of the Court.

Accordingly, the Parties, hereby stipulate and agree, and respectfully request that the Court:

1. Vacate the Status Conference that is currently set for Friday, October 17, 2025. (*See* ECF No. 41.)

2. Stay all proceedings, except for those pertaining to settlement, until further order of the Court.

**IT IS SO STIPULATED.**

Dated: October 3, 2025

COOLEY LLP

By: */s/ Brett H. De Jarnette*
Brett H. De Jarnette

*Counsel for Defendants* René Sindlev, Mark Dybul, Carol Brosgart, Gregg Alton, James Sapirstein, Carl Sandler, Henrik Grosfeldt-Sorenson, Jayne McNicol, and Nominal Defendant Enochian Biosciences Inc.

Dated: October 3, 2025

WEISS LAW

By: */s/ Mark D. Smilow*
Mark D. Smilow (pro hac vice)

David C. Katz (pro hac vice)
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

Joel E. Elkins (SBN 256020)
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

*Counsel for Plaintiff* Samuel I. Koenig

## ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 3, 2025

By: */s/ Brett H. De Jarnette*
Brett H. De Jarnette