**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SAMUEL I. KOENIG, Derivatively on Behalf of ENOCHIAN BIOSCIENCES INC.,
Plaintiff,

v.

SERHAT GUMRUKCU, RENÉ SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRONFELDT-SORENSON, and JAYNE MCNICOL,

Defendants,

and

ENOCHIAN BIOSCIENCES, INC.,

Nominal Defendant.

Case No. 2:22-cv-06871-JWH-JDE

**[PROPOSED] ORDER RE JOINT STIPULATION VACATING STATUS CONFERENCE AND STAYING ACTION**

Judge: Hon. John W. Holcomb

Upon the submission of the Parties' Joint Status Report and Stipulation to Vacate Status Conference and Stay All Proceedings, and for good cause being shown, the Court hereby ORDERS as follows:

1. The October 17, 2025, Scheduling Conference is VACATED.

2. All proceedings, except for those pertaining to settlement, are STAYED until further order of the Court.

**IT IS SO ORDERED.**

Dated:__________________________

________________________________________
John W. Holcomb
UNITED STATES DISTRICT JUDGE