UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-06871-JWH(JDEx) | Date | November 25, 2025 |
| Title | *Koenig v. Gumrukcu et al.* | | |

Present: The Honorable JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Priscilla Deason for Clarissa Lara | Miriam Baird |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): Mark D. Smilow | Attorney(s) Present for Defendant(s): Brett De Jarnette |

**Proceedings:** **HEARING RE: MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT [47]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, it is hereby **ORDERED** that the Motion for Preliminary Approval of Derivative Settlement [ECF No. 47] is **UNDER SUBMISSION**. The Court will issue a final order.

**IT IS SO ORDERED.**

Time: 00:15
Initials of Preparer: pd/cla