**WEISS LAW**
Joel E. Elkins (SBN 256020)
1801 Century Park East, 24th Fl.
Los Angeles, CA 90067
Telephone: (310) 208-2800
Facsimile: (310) 209-2348
jelkins@weisslawllp.com

*Counsel for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SAMUEL I. KOENIG, Derivatively on Behalf of ENOCHIAN BIOSCIENCES INC., <br><br> Plaintiff, <br><br> v. <br><br> SERHAT GUMRUKCU, RENE SINDLEV, MARK DYBUL, CAROL BROSGART, GREGG ALTON, JAMES SAPIRSTEIN, CARL SANDLER, HENRIK GRONFELDT-SORENSON, and JAYNE MCNICOL, <br><br> Defendants <br><br> and <br><br> ENOCHIAN BIOSCIENCES, INC., <br><br> Nominal Defendant. | Case No. 2:22-cv-06871-JWH-JDE <br><br> **STATUS REPORT REGARDING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** <br><br> Judge: Hon. John W. Holcomb |

Plaintiff Samuel I. Koenig ("Plaintiff") respectfully submits this Status Report regarding Plaintiff's Unopposed Motion for Preliminary Approval of Derivative Settlement (ECF No. 47) (the "Motion"). On November 25, 2025, the Court held a hearing on the Motion (ECF No. 50). Among other things, the Court reviewed its tentative ruling granting preliminary approval of the derivative settlement and indicated that it would enter the ruling with certain revisions, including the setting of

-1-

dates for Notice[1] to Current Enochian Shareholders, the filing of a motion for final approval of the Settlement, the Final Approval Hearing, shareholder objections, and other deadlines.

As an update, the dates selected at the November 25 hearing have passed and new dates for scheduling for the matters set forth in the Preliminary Approval Order must be set.

As a further update, Plaintiff has negotiated a suite of corporate governance Reforms that will confer substantial benefits on Enochian and Current Enochian Stockholders (ECF No. 47-2, Stip. §§ II.A.2), but these Reforms are stipulated to be implemented within ninety (90) days of entry of Judgment and, as such, have not yet been implemented by the Company. In order to effectuate those Reforms, Plaintiff respectfully submits this update to the Court and renews his request for entry of the Preliminary Approval Order.

Plaintiff's counsel is available at the Court's convenience to address any questions or to provide any additional information.

Dated: May 1, 2026

Respectfully submitted,

**WEISS LAW**

*/s/ Joel E. Elkins*

JOEL E. ELKINS (SBN 256020)
1801 Century Park East, 24th Fl.
Los Angeles, CA 90067
Telephone:    (310) 208-2800
jelkins@weisslawllp.com

DAVID C. KATZ (*pro hac vice*)
MARK D. SMILOW (*pro hac vice*)
305 Broadway, 7th Floor
New York, NY 10007
Telephone:    (212) 682-3025
dkatz@weisslawllp.com
msmilow@weisslawllp.com

*Counsel for Plaintiff*

---

[1]  All capitalized terms have the same meaning as in the Amended Stipulation and Agreement of Settlement ("Stip."). ECF No. 47-2.

-2-

**CERTIFICATE OF SERVICE**

I, Joel E. Elkins, am the ECF User whose ID and password are being used to file this Status Report Regarding Unopposed Motion For Preliminary Approval Of Derivative Settlement.

/s/ Joel E. Elkins
Joel E. Elkins

-3-